IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00144-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZABETH ANN FIELDS,

    Defendant.

ORDER

This matter comes before the court on the United States' motion for deferred prosecution [DE 60]. The motion is GRANTED. The Pretrial Diversion Agreement executed in this case between the United States and the Defendant is approved. Any delay occasioned by granting Defendant's motion shall be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(2).

SO ORDERED this 11th day of October, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE