UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00144-M-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO MODIFY PRETRIAL |
| | ) | DIVERSION AGREEMENT |
| | ) | |
| ELIZABETH ANN FIELDS | ) | |

This matter comes before the court on the United States' motion for modification of the pretrial diversion agreement conditions. For good cause shown, the motion is GRANTED. The conditions shall be changed or modified as follows:

1. The condition regarding the successful completion of the Star Program is removed;

2. Within 30 days of this Order, the Defendant shall enter into an inpatient treatment facility and successfully complete recommended treatment;

3. The Defendant shall continue outpatient treatment at Coastal Horizons in Burgaw;

4. The Defendant shall not reside with Steven Quinn;

5. The Defendant shall complete 100 hours of community service.

All other conditions in the pretrial diversion agreement remain in effect. Any delay occasioned by granting Defendant's motion shall be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(2).

SO ORDERED this __7th__ day of July, 2023.

_Richard E Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE