UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00144-M-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO MODIFY PRETRIAL** |
| v. | ) | **DIVERSION AGREEMENT** |
| | ) | |
| ELIZABETH ANN FIELDS | ) | |

This matter comes before the court on the United States' motion for modification of the pretrial diversion agreement conditions. For good cause shown, the motion is GRANTED. The conditions shall be changed or modified as followed:

1. The condition regarding the successful completion of in-patient treatment is removed;
2. The condition regarding the successful completion of community service is removed.

All other conditions in the pretrial diversion agreement remain in effect. Any delay occasioned by granting Defendant's motion shall be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(2).

SO ORDERED this  2  day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE